USDC SDNY
DOCUMENT
ELECTRONICALLY FILE
DOC #: _____
DATE FILED:_____.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JAMES MESSERSCHMIDT,

|  |  |
|---|---|
| *Plaintiff*, | **23cv09230 (PAC)**<br>**ORDER OF DISMISSAL** |

    -against-

VNY MEDIA CORP.,

                    *Defendant.*
-------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

      The Court having been advised that the parties have reached a settlement, it is,

      ORDERED, that the above-entitled action be and hereby is dismissed, without prejudice

and costs to either party, subject to reopening should the settlement not be consummated within

forty-five (45) days of the date hereof.  The Court will sign a Stipulation and Order of Settlement

upon receipt from either party.  In the event the parties require more than the 45 days to finalize

the settlement, either party shall submit a letter to the Court.  The Clerk of Court is directed to

terminate the pending motions, deadlines, conferences, and this case.

Dated:  New York, New York
        December 5, 2023

                                        SO ORDERED

                                        _____
                                        PAUL A. CROTTY
                                        United States District Judge